**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| Aaron DeJule,<br><br>Plaintiff,<br><br>v.<br><br>MillerKnoll, Inc.,<br><br>Defendant. | ) | Civil Action No. 1:23-cv-00969-RJJ<br><br>**JURY TRIAL DEMANDED** |

**<u>JOINT CLAIM CONSTRUCTION CHART</u>**

Pursuant to the Court's First Case Management Order, Plaintiff Aaron DeJule ("Mr. DeJule") and Defendant MillerKnoll, Inc. ("MillerKnoll") (collectively, the "Parties") hereby submit their agreed list of terms for construction, including each party's proposed construction.

The parties agree on one construction, which they request the Court adopt in its forthcoming claim construction order:

| Claim Language | Agreed Construction |
|---|---|
| "the fulcrum bar"<br>*'753 Patent, cl. 6* | "the elongate spring bar" |

The chart below sets forth the all remaining claim terms identified by the parties to-date (Term 1, Term 2, etc.) in order of the Asserted Patents' issuance:

- U.S. Patent No. 10,292,498 (the '498 Patent);
- U.S. Patent No. 10,893,753 (the '753 Patent);
- U.S. Patent No. 11,744,373 (the '373 Patent); and
- U.S. Patent No. 11,744,374 (the '374 Patent).

The Parties continue to discuss and may agree on a briefing order of the claim terms different from what is presented here. Moreover, the Parties may continue to negotiate on specific terms between now and April 15, 2024, in an effort to reduce the number of terms briefed. By providing this list, the Parties do not admit that any of the Asserted Patents are valid/invalid or infringed/not infringed, and the Parties reserve all rights to argue the validity/invalidity and the infringement/non-infringement of the Asserted Patents based on any claim term(s) under one or more of 35 U.S.C. §§ 101, 102, 103, and 112.

Subject to, and without waiver of the foregoing, the Parties provide their agreed list of terms for construction, including each Party's proposed construction, as follows:

| | Claim Language | Plaintiff's Contention | Defendant's Contention |
|---|---|---|---|
| **Term 1** | "an adjusting assembly"<br>*'498 Patent, cl. 1 (and all dependents thereof)* | Means-Plus-Function Term under 35 U.S.C. § 112(f).<br>Function: "cooperating between the first component and the at least second component and configured so that as an incident of the force being applied in the first manner changing in magnitude, the force required to be applied in the second manner to reconfigure the apparatus and move the second component relative to the first component changes in magnitude. (e.g., weight on seat causes change of force required to move seat back)," as recited in the claim.<br>Structure:<br>(1) a weighing spring;<br>(2) a leaf spring with an effective/working length that shortens as weight is applied to the weighing spring;<br>(3) gears and associated racks that cooperate and move relative to one another to cause shortening of the effective/working length of the leaf spring; and<br>(4) a linkage that is in direct contact with, or is a part of, a backrest and is also in direct contact with the leaf spring. | Means-plus-function term.<br>Function:<br>"as an incident of the force being applied in the first manner changing in magnitude, the force required to be applied in the second manner to reconfigure the apparatus and move the second component relative to the first component changes in magnitude," as recited in the claim.<br>Structure:<br>"*a tilting spring, in the form of leaf springs, coil springs, or torsion components, and a weighing spring, in the form of coil springs*" |

| | Claim Language | Plaintiff's Contention | Defendant's Contention |
|---|---|---|---|
| **Term 2** | "second component . . . that is movable relative to the first component"<br>*'498 Patent, Claim 1 (and all dependents thereof)* | No construction necessary, plain-and-ordinary meaning.<br>Alternatively, the claimed "second component" is different from the claimed "first component." | The claimed "second component" and "first component" are separate and distinct structures. |

| | Claim Language | Plaintiff's Contention | Defendant's Contention |
|---|---|---|---|
| **Term 3** | "an adjusting assembly"<br>*'753 Patent, cl. 1 (and all dependents thereof)* | Means-Plus-Function Term under 35 U.S.C. § 112(f).<br>Function: "a plurality of gears . . . cooperat[ing] and mov[ing] relative to each other as an incident of the seat moving from the first position into the loaded position and configured to thereby increase a resistance to changing of the angular orientation of the back rest from the starting angular position, whereby as an incident of a user sitting on the seat a leaning force greater than the first leaning force is required to change the angular position of the back rest from the starting angular position," as recited in the claim.<br>Structure:<br>(1) a weighing spring;<br>(2) a leaf spring with an effective/working length that shortens as weight is applied to the weighing spring;<br>(3) gears and associated racks that cooperate and move relative to one another to cause shortening of the effective/working length of the leaf spring; and<br>(4) a linkage that is in direct contact with, or is a part of, a backrest and is also in direct contact with the leaf spring. | Means-plus-function term.<br>Function:<br>"increase a resistance to changing of the angular orientation of the back rest from the starting angular position" when the seat moves from a "first position into [a] loaded position," as recited in the claim.<br>Structure:<br>"*a tilting spring and a weighing spring*" |

| | Claim Language | Plaintiff's Contention | Defendant's Contention |
|---|---|---|---|
| **Term 4** | "fulcrum part is caused to move along the length of the elongate spring bar"<br>*'753 Patent, Claim 5* | Only "fulcrum part" should be construed.<br>"fulcrum part" means "*a part against which the elongate spring bar bends*" | "*anchor point of the leaf spring moves*" |
| **Term 5** | "arc-shaped toothed structure"<br>*'373 Patent, Claims 1, 7, 8, 18, and 19 (and all dependents thereof)*<br>*/*<br>"first structure . . . having an arc-shape that includes one or more teeth"<br>*'374 Patent, Claims 1 and 25 (and all dependents thereof)* | No construction necessary, plain-and-ordinary meaning. | "*curved rack*" |

| | Claim Language | Plaintiff's Contention | Defendant's Contention |
|---|---|---|---|
| **Term 6** | "fulcrum point of the leaf spring moves"<br>*'373 Patent, cl 1, 7, 8, 18, and 19 (and all dependents thereof)*<br>/<br>"movement of a fulcrum point of the leaf spring"<br>*'374 Patent, cls. 17, 18, and 19* | No construction necessary, plain and ordinary meaning.<br>Alternatively, "fulcrum point" means "*the location along the leaf spring around which it bends*" | "*the point where a leaf spring bends and that moves relative to the anchor point of the leaf spring*" |
| **Term 7** | "coupl[ed]/[ing]"<br>*'373 Patent, cl. 1, 18, and 19 (and all dependents thereof);*<br>*'374 Patent, cl. 21* | No construction necessary, plain-and-ordinary meaning. | "*physically connecting together two or more separate and distinct components*" |
| **Term 8** | "second structure . . . wherein a portion of the second structure includes one or more teeth"<br>*'374 Patent, cls. 1, 16, 17, 22, and 25 (and all dependents thereof)* | No construction necessary, plain-and-ordinary meaning. | "*second structure . . . wherein the second structure includes a curved or circular portion having one or more teeth*" |

| | Claim Language | Plaintiff's Contention | Defendant's Contention |
|---|---|---|---|
| **Term 9** | "fixed to the column"<br>*'374 Patent, cls. 1 and 25 (and all dependents thereof)* | No construction necessary, plain-and-ordinary meaning. | "*secured to move as a single unit with the column*" |
| **Term 10** | "first structure . . . second structure . . . and an adjusting assembly comprising a plurality of gears"<br>*'374 Patent, cls. 1, 4, 11, and 25 (and all dependents thereof)* | The claimed "first structure" and "second structure" may be the "plurality of gears" of the "adjusting assembly." | The claimed "first structure and "second structure" are separate and distinct structures from the claimed "plurality of gears" |
| **Term 11** | "leaf spring statically attached at one end"<br>*'374 Patent, cls. 1 and 25 (and all dependents thereof)* | No construction necessary, plain-and-ordinary meaning. | "*one end of a leaf spring fastened and fixed to the column*" |

| | Claim Language | Plaintiff's Contention | Defendant's Contention |
|---|---|---|---|
| **Term 12** | "the leaf spring having a length and that resists changing of the angular orientation of the backrest from the starting position by bending against a contact point between the leaf spring and the linkage"<br>*'374 Pat., Claim 2 (and all dependents thereof)* | "*the leaf spring resisting changing of the angular orientation of the backrest from the starting position by having the length of the leaf spring extending towards the linkage bend against a fulcrum*" | Construe only "contact point between the leaf spring and the linkage" as "*the point where the linkage directly contacts the leaf spring*" |

Dated: March 15, 2024

*/s/ Scott D. Sherwin*
R. Michael "Mike" Azzi
Warner Norcross + Judd LLP
150 Ottawa Avenue NW
Suite 1500
Grand Rapids, Michigan 49503-2832
Telephone: 616.752.2784
Fax: 616.752.7500
mazzi@wnj.com

Jason C. White
Scott D. Sherwin
Michael T. Sikora
110 N. Wacker Drive, Ste. 2800
Chicago, IL 60601
Telephone: 312.324.1000
Fax: 312.324.1001
jason.white@morganlewis.com
scott.sherwin@morganlewis.com
michael.sikora@morganlewis.com

Brandon Pongracz
One Market, Spear Street Tower, 28th Floor
San Francisco, CA 94105-1596
Telephone: 415.442.1000
Fax: 415.442.1001
brandon.pongracz@morganlewis.com

*Attorneys for Plaintiff Aaron DeJule*

Respectfully submitted,

*/s/ Erik S. Maurer*
Mark S. Pendery (P57683)
mpendery@honigman.com
Honigman LLP
200 Ottawa Avenue NW, Suite 700
Grand Rapids, MI 49503-2426
Telephone: (616) 649-1900

Deborah J. Swedlow (P67844)
bswedlow@honigman.com
Honigman LLP
315 East Eisenhower Parkway, Suite 100
Ann Arbor, MI 48108-3330
Telephone: (734) 418-4200

Erik S. Maurer
emaurer@bannerwitcoff.com
Janice Mitrius
jmitrius@bannerwitcoff.com
Brian Apel
bapel@bannerwitcoff.com
Alexander J. Bruening
abruening@bannerwitcoff.com
Banner & Witcoff, Ltd.
71 South Wacker Drive, Suite 3600
Chicago, IL 60606-7407
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

*Attorneys for Defendant MillerKnoll, Inc.*